**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIGUEL NAVA PAREDES,<br><br>                              Petitioner,<br><br>       v.<br><br>JEREMY CASEY, Warden,<br><br>                              Respondent. | Case No. 26-cv-03547-BAS-MMP<br><br>**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS (ECF No. 1)** |

Petitioner Miguel Nava Paredes filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.) Upon review, the Court notes that Petitioner recently filed a Section 2241 Petition with the aid of counsel in *Paredes v. Casey*, No. 26-cv-03462-RBM-SBC (S.D. Cal. filed June 9, 2026). Judge Montenegro has issued an Order to Show Cause in the earlier-filed Petition, and that case is awaiting further briefing before Judge Montenegro renders her decision.

A habeas petition is subject to summary dismissal when it is repetitive or duplicative. *See, e.g.*, *Salas v. Att'y Gen.*, No. 2:23-cv-01118-TL-TLF, 2023 WL 5826738, at *2 (W.D. Wash. Aug. 21, 2023). Here, given that Petitioner filed this case by U.S. Mail due to his

- 1 -

26cv3547

pro se status, it is unclear whether Petitioner realized his counsel had already filed a habeas petition on his behalf. Regardless, however, this Petition is duplicative. Petitioner may continue to pursue habeas relief through counsel in the case pending before Judge Montenegro. Therefore, the Court **DISMISSES WITHOUT PREJUDICE** the Petition. (ECF No. 1.) The Court also **TERMINATES AS MOOT** the Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 2) and the Motion to Appoint Counsel (ECF No. 3).

The Clerk of Court shall enter a judgment dismissing this action without prejudice and shall close the case file.

**IT IS SO ORDERED.**

**DATED: June 18, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

- 2 -

26cv3547